### 11824.   DAVIS *v.* THE STATE.

BLOODWORTH, J.   As the only grounds of the motion for a new trial in this case are those which complain of the verdict, and as there is evidence sufficient to support the verdict, which has the approval of the presiding judge, the verdict must stand.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
> DECIDED NOVEMBER 9, 1920.

Accusation of cheating and swindling; from city court of Cairo — Judge Rigsby.   August 23, 1920.

*W. Henry Duckworth,* for plaintiff in error.
*Ira Carlisle, solicitor,* contra.

---

### 11831.   EARLY *v.* THE STATE.

BLOODWORTH, J.   There is evidence to authorize the verdict, which has the approval of the trial judge; no error of law appears, and this court will not interfere.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
> DECIDED NOVEMBER 9, 1920.

Accusation of violation of liquor law; from city court of Macon — Judge Guerry.   August 13, 1920.

*Olin J. Wimberly, Grady Gillon,* for plaintiff in error.
*Roy W. Moore, solicitor, H. S. Strozier,* contra.